UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08mj1476 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Danielle Lynch | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ____5-13-08____
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __20,000__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
       _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Received _____
         DUSM

08 MAY 13 P 3:50

_____CATHY ANN BENCIVENGO_____
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR. Clerk
by
    _____
         Deputy Clerk

Crim-9   (Rev 6-95)                    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY